# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7627 | **DATE** | 10/26/2001 |
| **CASE TITLE** | Abelardo Perez vs. Bank of Montreal | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Enter Memorandum Opinion and Order. Affirmative defenses 1 through 3 are stricken.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | OCT 29 2001 | |
| | Notified counsel by telephone. | | date docketed | 6 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 10/26/2001 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| SN | courtroom deputy's initials | OCT 29 '01 9:30 Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABELARDO PEREZ, )
)
Plaintiff, )
)
v. ) No. 01 C 7627
)
BANK OF MONTREAL, )
)
Defendant. )

MEMORANDUM ORDER

Bank of Montreal ("Bank") has filed its Answer to the Title VII employment discrimination Complaint brought against it by Abelardo Perez--a claim based on Perez' assertedly having suffered adverse treatment attributable to his Panamanian national origin. Although Bank's Answer as such is entirely straightforward, this memorandum order is issued sua sponte to address some problematic aspects of what Bank's counsel have labeled "Additional Defenses to Count I."[1]

AD 1 is the essential equivalent of a Rule 12(b)(6) motion, and as such it does not appear to credit Perez' allegations as gospel (an approach that must also provide him with all

---

[1] Although Bank has followed the lead of Perez' counsel in referring to Count I, that usage is puzzling as applied to a Complaint that advances only a single claim and that is not divided into separate counts at all, either under the auspices of Fed. R. Civ. P. ("Rule") 10(b) or pursuant to the all-too-common practice of splintering a single claim into purported counts on some other basis (whether by theory of recovery or otherwise). As for Bank's several "additional defenses," this memorandum order will test them by the standards for affirmative defenses ("ADs") under Rule 8(c) and applicable caselaw.

reasonable favorable inferences from his allegations). That failure is impermissible (see Hishon v. King & Spalding, 467 U.S. 69, 73 (1984)), and AD 1 is accordingly stricken.

AD 2 has the same flaw, and it too is stricken. It should be added that if Bank has any predicate to support either of those challenges in ADs 1 and 2, it must accompany any such renewed effort by fleshing out its contentions--for in each instance Bank's present skeletal assertion of those claimed defects does not satisfy even the undemanding requirements of notice pleading.

Finally, AD 3 is also at odds with Perez' allegations, most specifically Complaint ¶11. Again the appropriate relief is to strike AD 3 as well, and this Court so orders.

                                                         Milton I. Shadur
                                                         Senior United States District Judge

Date: October 26, 2001